**Lawrence M. OTTER, individually and as Candidate for Bucks County Court of Common Pleas Judge, Appellant**

v.

**Pedro A. CORTES, Secretary of the Commonwealth and Chet Harhut, Commissioner of Elections, Appellees.**

Supreme Court of Pennsylvania.

April 7, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2009, the order of the Commonwealth Court is hereby AFFIRMED.

An opinion will follow.